### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Application of<br><br>QUADRE INVESTMENTS, L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-MC-37 (MEG) |

### ORDER GRANTING APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY <u>FOR USE IN A FOREIGN PROCEEDING</u>

This matter came before the Court upon the application of Quadre Investments, L.P. **("Petitioner"),** for an Order authorizing Petitioner to obtain certain limited discovery from Yichen Zhang **("Respondent")** under 28 U.S.C. § 1782 (the **"Application"). The Court held a status conference on May 11, 2023.**

The Court, having considered the Application and the supporting Memorandum of Law, Declarations of Rocco Cecere, Tyler Burtis, and Duane Loft **("Loft Declaration"),** and Exhibits thereto,

IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to serve the subpoena on Respondent in the form attached to the Loft Declaration as Exhibit 1 (the **"Subpoena"**).

2. With the Subpoena, Petitioner shall serve a copy of this Order on Respondent.

3. Petitioner shall file a Notice advising the Court of the date on which the Subpoena and Order are served on Respondent.

4. Respondent shall file any opposition to the Application and/or Motions to Quash within 21 days of service of this Order and Subpoena on Respondent.

5. Petitioner may file any reply in support of the Application within 14 days of Respondent's opposition or if a Motion is filed within 21 days of Respondent's Motion.

6. Absent a timely opposition or other Motion filed by Respondent, Petitioner is authorized to take discovery from Respondent, a person who resides in this District in the following manner:

   a. Respondent shall produce the requested documents within thirty (30) days of service of the Subpoena, or such other date as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut, and

   b. Respondent shall appear for a deposition in compliance with the Subpoena on a mutually agreeable date within a reasonable time after Respondent confirms the final production of documents in response to the Subpoena.

7. Until further Order by this Court, Respondent shall preserve all documents, electronic or otherwise, and any evidence in his possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

DATED this 11th day of May 2023.

/s/ *Maria E. Garcia*
United States Magistrate Judge